1
2
3
4
5
6
7

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 16 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: SACR03-102 RSWL |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| vs. | ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Betancourt, Gilberto Gonzalez | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD  CA_____,
for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _backgrd, cmty ties unknown; bail resources unknown; illegal immigr status; assoc w/multiple personal identifiers; DMV FTA's_

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | and/or |
| 4 | B.   [X] The defendant has not met his/her burden of establishing by clear and |
| 5 | convincing evidence that he/she is not likely to pose a danger to the safety of any |
| 6 | other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This |
| 7 | finding is based on _Criminal history record; probation_ |
| 8 | _violation history_ |

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 3/16/09

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE